**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-51128

In The Matter of:  ELWOOD CLUCK,

Debtor.

---------------------------------------------------

KRISTINE ARLITT CLUCK; FIRST CAPITAL MORTAGE COMPANY, INC.,

Appellants,

VERSUS

HARRY A. PERRIN; JOSEPH M. VAN NEST; CHARLES J. MADDOX, JR.;
THOMAS M. KIRKENDALL; MADDOX, PERRIN & KIRKENDALL; DAVID GRAGG;
JEFFERS, BROOK, KREAGER & GRAGG, INC.,

Appellees.

Appeal from the United States District Court
for the Western District of Texas

September 13, 2000

Before DUHE, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  See 5th Cir. R. 47.6.

---

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.